**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

**LUIS E. DURAN,**                                          **CASE NO: 17-13943 AJC**
                                                            **CHAPTER 13**

      Debtor (s)
_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

      The Debtor, Luis E. Duran, by and through his undersigned counsel moves this honorable court for an order allowing debtor to modify the Chapter 13 Plan and confirming the First Modified Chapter 13 Plan, a copy of the First Modified Plan will be filed prior to the hearing on this matter. In support thereof the Debtor states the following:

1. Debtors filed for bankruptcy protection on March 30, 2017.
2. The Chapter 13 Plan was approved on August 22, 2017.
3. Debtor modified the plan to cure and maintain.
4. The granting of this motion would not prejudice any creditor.

WHEREFORE the Debtor requests that this court enter an order allowing debtor to modify the Chapter 13 Plan and confirming the First Modified Chapter 13 Plan.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(1)

                                      JORGE & ACOSTA LAW, PLLC
                                      8603 S. Dixie HWY, Ste 210
                                      Miami, FL 33143
                                      Tel: (786) 615.4630
                                      Fax: (786) 615.4632

                                      By: */s/ Jennifer R. Jorge*
                                      JENNIFER R. JORGE, ESQ.
                                      Fla. Bar No: 0149012

Service List:

Nancy K. Neidich, by Electronic Mail
U.S. TRUSTEE BY ELECTRONIC MAIL
Wells Fargo Home Mortgage
PO Box 10368
Des Moines, IA 50306

Albertelli Law
servealaw@albertellilaw.com

Kass Shuler
1505 N. Florida Ave
Tampa, FL 33602
mholtsinger@kasslaw.com

John Manasa and Elaine Manasa
21650 SW 188 Ave
Miami, FL 33170

Wells Fargo Bank N.A.
Default Document Processing
N986-01Y
1000 Blue Gentian Road
Eagan, MN 55121
Email: POCnotifications@wellsfargo.com

Timothy J. Sloan
CEO, Wells Fargo Bank N.A.
Corporate Headquarters
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Attached Service List

Afni
Po Box 3427
Bloomington, IL 61702

BAPTIST HOSPITAL
PO BOX 830847
Miami, FL 33283

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John Manasa & Elaine Manasa
21650 SW 188 Ave
Miami, FL 33170

Kass Shuler, P.A.
1505 N. FLorida Ave
Tampa, FL 33602-2613

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

Wffinancial
800 Walnut Street
Des Moines, IA 50309

Wfhm
4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251