UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 4 MP _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Luis Duran          JOINT DEBTOR: _____          CASE NO.: 17-13943 AJC

SS#: xxx-xx- 7450            SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,107.96 for months 1 to 6 ;
2. $2,155.83 for months 7 to 20 ;
3. $2,527.22 for months 21 to 40 ;
4. $3,721.56 for months 41 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $6215.00 | Total Paid: | $1000.00 | Balance Due: | $5215.00 |
|---|---|---|---|---|---|
| Payable | $260.75 | /month (Months 1 to 20 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
atty Fee $3500.00; MMM 2365.00; M2V Real Prop $350.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank, N.A.
   Address: 1505 N Florida Ave, Tampa, FL 33602

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | 38268.50; plus $4629.66 arrears post petition; Reg pyment ➕ | |
   | Arrears Payment (Cure) | $100.00 | /month (Months 7 to 20 ) |
   | Arrears Payment (Cure) | $500.00 | /month (Months 21 to 40 ) |

| | | | | |
|---|---|---|---|---|
| | Debtor(s): Luis Duran | | Case number: 17-13943 AJC | |
| Last 4 Digits of Account No.: 9884 | Arrears Payment (Cure) | $1,574.91 | /month (Months 41 to 60 ) | |
| | Regular Payment (Maintain) | $802.89 | /month (Months 1 to 6 ) | |
| | Regular Payment (Maintain) | $1,574.50 | /month (Months 7 to 60 ) | |

Other: _____

■ Real Property
   ☐ Principal Residence
   ☐ Other Real Property
Address of Collateral:
15541 SW 36 Terr, Miami, FL 33185

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Wells Fargo<br>Address: 1 Home Campus, Des Moines, IA 33602<br>Last 4 Digits of Account No.: 2898<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>15541 SW 36 Terr, Miami, FL 33185 | Value of Collateral: $180,000.00<br>Amount of Creditor's Lien: $57,000.00<br><br>Interest Rate: 0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months 1 to 60 ) |
| 2. Creditor: John and Elaine Manasa<br>Address: 21650 SW 188 Ave, Miami, FL 33170<br>Last 4 Digits of Account No.: N/A<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>15541 SW 36 Terr, Miami, FL 33185 | Value of Collateral: $180,000.00<br>Amount of Creditor's Lien: $30,000.00<br><br>Interest Rate: 0.00%<br><br>Check one below:<br>■ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months 1 to 60 ) |

  **2. VEHICLES(S):** ■ NONE
    **3. PERSONAL PROPERTY:** ■ NONE
  **C. LIEN AVOIDANCE** ■ NONE

Debtor(s): Luis Duran    Case number: 17-13943 AJC

    D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
       ☒ NONE

    E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
       ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]
    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
    B. **INTERNAL REVENUE SERVICE:** ☒ NONE
    C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE
    D. **OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
    A. Pay $5.00 /month (Months 7 to 20)
       Pay $200.00 /month (Months 21 to 60)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ☒ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
    ☒ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE
    ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII. NON-STANDARD PLAN PROVISIONS** ☐ NONE
    ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    The Debtor has not filed a lawsuit and does not intend to file a lawsuit. However, if the Debtor files a lawsuit against Miami-Dade County then the debtor will modify the plan to provide for distribution of the funds recovered from this lawsuit which are not exempt to the unsecured creditors.

    ☐ Mortgage Modification Mediation

Debtor(s): Luis Duran     Case number: 17-13943 AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Luis Duran     Debtor     January 20, 2018          Joint Debtor
Luis Duran                         Date                                               Date

/s/ Jennifer Jorge     January 20, 2018
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**