

**ORDERED in the Southern District of Florida on February 25, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In Re:
LUIS DURAN                                                    CASE NO: 17-13943 AJC

    Debtor                                                     Chapter 13
_____/

**AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO #2-3**

THIS CAUSE having come before the court on February 23, 2021 on Debtor's Objection to Claim of **Wells Fargo Bank, N.A. 2-3** this court having considered the basis for the objection to the claim, agreement of the parties and being otherwise duly advised in the premises, IT IS ORDERED THAT:

1. Debtor's Objection to Claim Number 2-3 is sustained.

2. The arrearage in Claim **2-3** filed by **Wells Fargo Bank, N.A.** is reduced to $32,941.04.

###

Submitted by:

Jennifer R. Jorge, Esq.
Jorge & Acosta Law LLC
8603 S. Dixie HWY, STE 210
Pinecrest, FL 33156
Tel: 786.615.4630
Fax: 786.615.4632

Fla. Bar No: 0149012
Jennifer@jrjlaw.net

Attorney Jennifer R. Jorge is instructed to mail a conformed copy of this Order to all creditors and interested parties and file a certificate of service with the Court.

Service List:

Wells Fargo Home Mortgage
PO Box 10368
Des Moines, IA 50306

Ghidotti-Berger
Melbalynn Fisher mfisher@ghidottiberger.com

Nancy K. Neidich, by Electronic Mail
U.S. TRUSTEE BY ELECTRONIC MAIL